**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 14-19441 SR |
|    Attoh Moutchia | : Chapter 13 |
|                 Debtor | : |
| | |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services | : |
|                 Movant | : |
| vs. | : |
| Attoh Moutchia | : |
|            Debtor/Respondent | : |
| and | : |
| Frederick L. Reigle, Esquire | : |
|            Trustee/Respondent | : |

**CERTIFICATION OF SERVICE OF MOTION,**
**RESPONSE DEADLINE AND HEARING DATE**

I, Danielle Boyle-Ebersole, attorney for the Movant, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, or Electronic Mail on **September 22, 2016** upon the following:

Michael D. Sayles, Esquire
Via ECF
*Attorney for Debtor*

Attoh Moutchia
5447 Cedar Avenue
Philadelphia, PA 19143
Via First Class Mail
*Debtor*

Frederick L. Reigle, Esquire
Via ECF
*Trustee*

Dated: 09/22/2016

<u>/s/Danielle Boyle-Ebersole, Esquire</u>
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121