IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Attoh Moutchia** | : | CHAPTER: 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO.: **14-19441\jkf** |

### CERTIFICATE OF NO OPPOSITION

I, Michael D. Sayles, hereby certify that the Trustee and/or any party of interest has not filed a responsive pleading to **Debtor's Motion to Modify Plan after Confirmation.**

Respectfully Submitted,

Date: April 9, 2019

**\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue
Elkins Park, PA  19027
215/635-2270