UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Attoh Moutchia** | : | CHAPTER: 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO.: **14-19441/JKF** |

# ORDER OF COURT

**AND NOW**, this _____ day of _____ 2019, **after notice and hearing**, and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

It is hereby **ORDERED, ADJUDGED and DECREED** that the Motion is granted.

By the Court: *[signature: Jean K. FitzSimon]*

**Date: April 10, 2019**

Hon. Jean K. FitzSimon
U.S. Bankruptcy Court Judge

Copies to:

Michael D. Sayles, Esquire
427 West Cheltenham Avenue
Elkins Park, PA 19027

Scott Waterman, Esquire
PO Box 4010
Reading, PA 19606

**All Creditors listed on attached mailing matrix**