United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-19441-jkf
Attoh Moutchia                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Apr 10, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
db              +Attoh Moutchia,    5447 Cedar Avenue,    Philadelphia, PA 19143-1953

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
         ANDREW  SPIVACK   on behalf of Creditor   NATIONSTAR MORTGAGE LLC paeb@fedphe.com
         DANIELLE  BOYLE-EBERSOLE   on behalf of Creditor   U.S. Bank National Association et al c/o
          Rushmore Loan Management Services debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
         DONNA M. DONAHER   on behalf of Creditor   PNC Bank, National Association donaherd@fnb-corp.com
         JEROME B. BLANK   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCATION paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         MARIO J. HANYON   on behalf of Creditor   BANK OF AMERICA, N.A paeb@fedphe.com
         MARIO J. HANYON   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCATION paeb@fedphe.com
         MATTHEW CHRISTIAN WALDT   on behalf of Creditor   NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com,
          bkecf@milsteadlaw.com
         MICHAEL D. SAYLES   on behalf of Debtor Attoh  Moutchia midusal@comcast.net,
          michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
         PAUL WILLIAM CRESSMAN   on behalf of Creditor   NATIONSTAR MORTGAGE LLC paeb@fedphe.com
         POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         POLLY A. LANGDON   on behalf of Trustee SCOTT  WATERMAN ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         SCOTT  WATERMAN   ECFmail@fredreiglech13.com,  ECF_FRPA@Trustee13.com
         THOMAS I. PULEO   on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 15

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Attoh Moutchia**          :          CHAPTER:  13
                                   :
                                   :
          DEBTOR                   :          BANKRUPTCY NO.: **14-19441/JKF**


## ORDER OF COURT

    **AND NOW**, this _____ day of _____ 2019, **after**

**notice and hearing,** and upon consideration of Debtor's Motion to Modify Chapter 13

Plan Post Confirmation:

    It is hereby **ORDERED, ADJUDGED and DECREED** that the Motion is

granted.

By the Court: _____

**Date: April 10, 2019**

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Court Judge

Copies to:

Michael D. Sayles, Esquire
427 West Cheltenham Avenue
Elkins Park, PA 19027

Scott Waterman, Esquire
PO Box 4010
Reading, PA 19606

**All Creditors listed on attached mailing matrix**