UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

ATTOH MOUTCHIA

                                            : Bankruptcy No. 14-19441JKF
       Debtor(s)                       : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

**Date: July 10, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MICHAEL D SAYLES   ESQ
SAYLES AND ASSOCIATES
427 WEST CHELTENHAM AVE STE#2
ELKINS PARK PA 19027-3201

ATTOH MOUTCHIA
5447 CEDAR AVENUE
PHILADELPHIA, PA 19143