United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-19441-jkf
Attoh Moutchia                                                            Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Linda              Page 1 of 2          Date Rcvd: Jul 10, 2019
                             Form ID: pdf900          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2019.
```
db           +Attoh Moutchia,    5447 Cedar Avenue,    Philadelphia, PA 19143-1953
cr           +PNC Bank, National Association,    c/o Donna M. Donaher, Esquire,    Tucker Arensberg, P.C.,
               1500 One PPG Place,    Pittsburgh, PA 15222-5413
13432857     +American Heritage FCU,    3110 Grant Avenue,    Philadelphia, PA 19114-2542
13432859      BAC Home Loans Servicing LP,    18 Tapo Canyon,    Simi Valley, CA 93063
13432860     +Bank of America - Customer Care,    PO BOX 982235,    El Paso, TX 79998-2235
13432861      Citizens Bank,    One Citizens Drive,    Riverside, RI 02915-3000
13432862      Green Tree,    PO Box 6172,    Bovey, MN 55709
13432863      Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
13486130     +Michael D. Sayles Esq,    427 W Cheltenham Avenue #2,    Elkins Park, PA 19027-3291
13479283    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy Department,
               PO BOX 619096,    Dallas, TX 75261-9741)
13432865      Nationstar Mortgage LLC,    8950 Cypress Waters Blvd.,    Irving, TX 75063
13446418     +PNC BANK, N/A,    P O BOX 94982,    CLEVELAND OHIO 44101-4982
13432868     +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13454800     +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
               Attn: Bankruptcy Dept 3FL
13775780     +U.S. Bank National Association et al,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
               Irvine, CA 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Jul 11 2019 03:19:45      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 11 2019 03:19:32      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13432858     +E-mail/Text: broman@amhfcu.org Jul 11 2019 03:19:26      American Heritage Federal Credit Union,
               2060 Red Lion Road,    Philadelphia, PA 19115-1699
13511655      E-mail/Text: megan.harper@phila.gov Jul 11 2019 03:19:45      City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13432864     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 11 2019 03:19:22      Midland Funding LLC,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13463844      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 11 2019 03:19:20
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, Pa.  17128-0946
13432866     +E-mail/Text: nod.referrals@fedphe.com Jul 11 2019 03:18:53      Phelan Hallihan & Schmeig, LLP,
               One Penn Center at Suburban Station,    1617 JFK Boulevard, Suite 1400,
               Philadelphia, PA 19103-1814
13432867      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 11 2019 03:25:51
               Pinnacle Credit Services, Ionc.,    PO Box 640,    Hopkins, MN 55343-0640
13432869     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 11 2019 03:18:49
               Verizon,    P.O. Box 8585,    Philadelphia, PA 19173-0001
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
cr*         ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,
               Dallas, TX 75261-9741)
cr*         ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,
               Dallas, TX 75261-9741)
13464678*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,    PO Box 619096,    Dallas, TX 75261-9741)
13502264*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    P.O. Box 619096,
               Dallas, TX 75261-9741)
13502270*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    P.O. Box 619096,
               Dallas, TX 75261-9741)
                                                                                   TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Linda              Page 2 of 2                   Date Rcvd: Jul 10, 2019
                              Form ID: pdf900          Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2019 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    NATIONSTAR MORTGAGE LLC paeb@fedphe.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association et al c/o
               Rushmore Loan Management Services debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
              DONNA M. DONAHER    on behalf of Creditor    PNC Bank, National Association donaherd@fnb-corp.com
              JEROME B. BLANK    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCATION paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCATION paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A paeb@fedphe.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHAEL D. SAYLES    on behalf of Debtor Attoh  Moutchia midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 15
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                      :

ATTOH MOUTCHIA

                                      : Bankruptcy No. 14-19441JKF
       Debtor(s)                    : Chapter 13

<u>Order Dismissing Chapter 13 Case and</u>
<u>Directing Counsel to File Master Mailing List</u>

        AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

        ORDERED, that any wage orders are hereby vacated.

**Date: July 10, 2019**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MICHAEL D SAYLES   ESQ
SAYLES AND ASSOCIATES
427 WEST CHELTENHAM AVE STE#2
ELKINS PARK PA 19027-3201

ATTOH MOUTCHIA
5447 CEDAR AVENUE
PHILADELPHIA, PA 19143